THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STANLEY PRZYBYL, Appellant.

*Crimes — escape — judgment of conviction affirmed.*

People v. *Przybyl*, 211 App. Div. 839, affirmed.

(Argued October 16, 1925; decided October 30, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1924, which affirmed a judgment of the Erie County Court, rendered upon a verdict convicting the defendant of the crime of escape in violation of section 1694 of the Penal Law.

*Alfred L. Harrison* for appellant.

*Guy B. Moore, District Attorney (William H. Hartzberg* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.